Come on up. I understand, Ms. Katz, for some reason, we did not receive notice of this oral argument. I apologize profusely. I am responsible for all oral arguments in the First District Appellate Court for the Cook County State Attorney's Office. In 30 years, I have never experienced this moment, and I don't know what happened. I asked your clerk if there was a signed copy. I know the attorney. She's a new attorney who handled the briefing of this matter. I would be happy to jump in if I had even read the briefs. No, I understand. I would ask that you postpone it. They were both set on the same day on the same order. Not on the same order, different orders in both cases. So I don't doubt you that you didn't get it. I don't understand why, but we'll have to reset it. I apologize to opposing counsel. He's got his outline. He's all ready to go. That's something we would be able to reschedule. Okay. We'll try and get that set up in the reasonably near future. I'll check when I get back to my office to see if there's any indication of what went wrong. Slip between the cracks. Yeah. Yeah.  Thank you. Sure. Thank you.